**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/03)        Case Number **05–10340**
       Judge **Joan L. Cooper**

# UNITED STATES BANKRUPTCY COURT
DISTRICT of Western District of Kentucky

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/1/05.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Bonnie Kaye Koprowski
aka Bonnie Kaye Hinton
4798 Cave Springs Rd
Auburn, KY 42206

| Case Number:<br>05–10340 | Social Security/Taxpayer ID Nos.:<br>xxx–xx–0493 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Alicia C. Johnson<br>PO Box 1654<br>Russellville, KY 42276<br>Telephone number: 270–726–8668 | Bankruptcy Trustee (name and address):<br>Mark H. Flener<br>548 1/2 East Main Ave<br>P.O. Box 8<br>Bowling Green, KY 42102–0008<br>Telephone number: (270) 783–8400 |

### Meeting of Creditors:
Date: **April 22, 2005**        Time: **11:30 AM**
Location: **Hearing Room 1, 4th Floor, 1001 Center Street, Bowling Green, KY 42101**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 6/21/05**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>450 U.S. Courthouse<br>601 W. Broadway<br>Louisville, KY 40202<br>Telephone number: | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>D. Robl |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM | Date: 3/2/05 |

# EXPLANATIONS

FORM B9A (9/97)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

–– Refer to Other Side for Important Deadlines and Notices ––

1. This case may be dismissed without further notice if the schedules are not filed within 15 days from the date the petition was filed.
2. All property of the estate will be deemed abandoned upon the filing of the report of No Distribution (normally at 341 meetings.) The last day for filing an objection to abandonment of property will be 30 days from the 341 meeting date. No property will be deemed abandoned if an objection is filed or notice of assets is given by the Clerk. A motion shall be filed pursuant to local Rule 9.2 should assets exist in the case.

All persons entering the courthouse will be required to present photo ID.

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0644-1          User: dhurtt              Page 1 of 1              Date Rcvd: Mar 02, 2005
Case: 05-10340                Form ID: 205              Total Served: 16

The following entities were served by first class mail on Mar 04, 2005.
db       +Bonnie Kaye Koprowski,   4798 Cave Springs Rd,   Auburn, KY 42206-9700
aty      +Alicia C. Johnson,   PO Box 1654,   Russellville, KY 42276-3654
tr        Mark H. Flener,   548 1/2 East Main Ave,   P.O. Box 8,   Bowling Green, KY 42102-0008
smg       Division of Unemployment Insurance,   CHR Building, Second Floor East,   Frankfort, Ky 40601
smg      +Joseph J. Golden,   601 W. Broadway #512,   Louisville, KY 40202-2229
ust      +Joseph J. Golden,   Office of the U.S. Trustee,   601 W. Broadway #512,   Louisville, Ky 40202-2229
2695784  +Attorney Timothy J. Crocker,   126 West Kentucky Ave.,   Franklin, KY 42134-1802
2695785  +Blue Grass Cellular,   P.O. Box 5012,   Elizabethtwon, KY 42702-5012
2695786   Chase Manhattan Bank,   P.O. Box 15650,   Wilmington, DE 19886-5650
2695787  +Citizens National Bank,   138 North Main Street,   Russellvile, KY 42276-1839
2695788   Dillards National Bank,   P.O. Box 29445,   Phoenix, AZ 85038-9445
2695790   Fingerhut,   P.O. Box 90091,   West Chester, OH 45071-9091
2695791   Goody's WFFNB,   P.O. Box 2987,   Shawnee Mission, KS 66201-1387
2695792   Household Credit Services,   P.O. Box 5222,   Carol Stream, IL 60197-5222
2695793   WFNNB,   P.O. Box 18215,   Columbus, OH 43218-2125

The following entities were served by electronic transmission on Mar 02, 2005 and receipt of the transmission
was confirmed on:
2695789    EDI: MAYSTORES.COM Mar 02 2005 19:08:00    Famous Barr,   P.O. Box 94517,
             Cleveland, OH 44101-4517
2695792    EDI: HFC.COM Mar 02 2005 19:08:00    Household Credit Services,   P.O. Box 5222,
             Carol Stream, IL 60197-5222
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2005**                    Signature:    *Joseph Speetjens*