UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:   Bonnie Kaye Koprowski #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        BANKRUPTCY
                                                   NO. 05-10340

REAFFIRMATION AGREEMENT

**Bonnie Kaye Koprowski,** debtor, hereby reaffirms the indebtedness due **Citizens National Bank**, Creditor herein, and agrees to comply with all the terms set forth in the instruments on which the indebtedness and security interest are based, and further agrees to pay Creditor the sum of **$28,355.10** the balance due, including interest rate of **Fed Funds Target Rate + .6.50%, annual variable**, all of which is payable in installments of **$413.98**, beginning on **May 6, 2005**, and Debtor waives discharge of this debt. Of the balance due, **$-0-** is in arrears and will be paid as follows:

It is agreed and understood as follows:

1. This Agreement will not be enforceable by either party until the requirements of 11 U.S.C. 524 ( c ) have been met.

2. **This Agreement may be rescinded by either Debtor or Creditor at anytime prior to discharge or within sixty days after it is filed with the Court, whichever occurs later, by giving notice of rescission to the other party to this Agreement.**

3. **This Agreement is not required under the Bankruptcy Code, under nonbankruptcy law, or under any agreement not in accordance with the provisions of 11 U.S.C 524 (c).**

4. As to the collateral securing the debt(s) being reaffirmed, it is agreed that Debtor shall, during the interim period until this Agreement is enforceable, and thereafter, remain in

possession of the collateral, which collateral is described in the instruments previously executed. Provided, however, that Debtor agrees to surrender possession of said collateral to Creditor immediately upon (a) failure of Debtor to furnish sufficient proof of insurance, make each payment when due or otherwise fail to comply with any terms of this Agreement or any terms of the instruments previously executed, or (b) rescission of this Agreement prior to its becoming enforceable.

5. If this Agreement is rescinded by either party, Debtor agrees that Creditor shall retain all payments made prior to rescission.

Executed this 22nd day of April, 2005.

_____
BONNIE KAYE KOPROWSKI

_____
CITIZENS NATIONAL BANK

I hereby declare that I represented Debtor during the negotiation of this Agreement, and it represents a fully informed and voluntary Agreement by Debtor and does not impose an undue hardship on Debtor or a dependent of Debtor. Further, I have fully advised Debtor of the legal effect and consequences of (a) signing this Agreement and (b) any default under this Agreement.

_____
Counsel for Debtor

Date: 4/22/05