UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE: )
)
   BONNIE KAYE KOPROWSKI ) 05-10340(7)
   Debtor )
_____)

## MOTION TO VOID JUDICIAL LIEN

Debtor, by and through counsel, hereby move this Court pursuant to 11 U.S.C. § 522(f) or in the alternative 11 U.S.C. 522(h) to avoid the lien timothy J. Crocker claims against the homestead of the Debtor located at 4798 Cave Springs Road, Auburn, Kentucky. The basis for such motion is as follows:

1. Timothy J. Crocker filed a judgment lien on June 3, 2003 in the Office of the Clerk of Logan County, of record in Lis Pendens Book 26 Page 570.

2. The Debtor owned the real estate prior to the debt to Timothy J. Crocker being incurred.

3. The amount of the judgment that the judgment lien sought to secure was $2,997.13 with interest at the legal rate of 12% from January 7, 1997.

4. Debtor submits the following information as to the value of the property:

    A) The property owned by the Debtors as listed on Schedule A was $35,000.00

    B) The property is encumbered in the amount of $30,000.00 to Citizens National Bank located in Russellville, KY 42276

    C) Pursuant to KRS 427.060 the Debtor claimed without objection an exemption in the amount of $5,000.00.

5. The Trustee has abandoned the property.

6. The judgment lien will allow Timothy J. Crocker to receive money on its unsecured claim that the other unsecured creditors will not because there was no dividend to the unsecured creditors

7. The lien held by Timothy J. Crocker impairs the exemption of the debtor in her homestead located at 4798 Cave Springs Road, Auburn, Kentucky.

WHEREFORE, Debtor prays that Court order the lien void and for other such relief as the Debtors may be entitled.

Respectfully submitted this 18th day of June 2005.

**/s/ Alicia C. Johnson**
Alicia C. Johnson
P.O. Box 1654
Russellville, KY 42276
1-270-726-8668

* ANY OBJECTION TO THIS MOTION TO AVOID LIEN MUST BE FILED WITHIN 15 DAYS OF THE CERTIFICATE OF SERVICE. SHOULD NO WRITTEN OBJECTION BE RECEIVED, AN ORDER APPROVING THIS MOTION TO AVOID LIEN MAY BE ENTERED.

CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing was mailed postage prepaid this 18th day of June 2005 to the following:

    Timothy J. Crocker
    P.O. Box 305
    Franklin, KY 42134

    Caused to be electronically transmitted this 18th day of June 2005 to the following:

    Trustee Mark H. Flener
    P.O. Box 8
    Bowling Green, KY 42102-0008

    And all others receiving electronic notice in this case from the Clerk of the Bankruptcy Court.

    **/s/ Alicia C. Johnson**
    Alicia C. Johnson
    P.O. Box 1654
    Russellville, KY 42276
    1-270-726-8668