**Form B18** (Official Form 18)(12/03)

# United States Bankruptcy Court

Western District of Kentucky
Case No. <u>05–10340</u>
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Bonnie Kaye Koprowski
   aka Bonnie Kaye Hinton
   4798 Cave Springs Rd
   Auburn, KY 42206

Social Security No.:
   xxx–xx–0493

Employer's Tax I.D. No.:

# DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                   BY THE COURT

Dated: <u>6/22/05</u>                                                    <u>Joan L. Cooper</u>
                                                                      United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0644-1          User: admin              Page 1 of 1              Date Rcvd: Jun 22, 2005
Case: 05-10340                Form ID: 213             Total Served: 16
```

```
The following entities were served by first class mail on Jun 24, 2005.
db       +Bonnie Kaye Koprowski,   4798 Cave Springs Rd,   Auburn, KY 42206-9700
aty      +Alicia C. Johnson,   PO Box 1654,   Russellville, KY 42276-3654
tr        Mark H. Flener,   548 1/2 East Main Ave,   P.O. Box 8,   Bowling Green, KY  42102-0008
smg       Division of Unemployment Insurance,   CHR Building, Second Floor East,   Frankfort, Ky  40601
ust      +Joseph J. Golden,   Office of the U.S. Trustee,   601 W. Broadway #512,   Louisville, Ky 40202-2229
cr       +Citizens National Bank of Russellville,   P.O. Box 118,   Russellville, KY 42276-0118
2695784  +Attorney Timothy J. Crocker,   126 West Kentucky Ave.,   Franklin, KY 42134-1802
2695785  +Blue Grass Cellular,   P.O. Box 5012,   Elizabethtwon, KY 42702-5012
2695786   Chase Manhattan Bank,   P.O. Box 15650,   Wilmington, DE 19886-5650
2695787  +Citizens National Bank,   138 North Main Street,   Russellvile, KY 42276-1839
2695788   Dillards National Bank,   P.O. Box 29445,   Phoenix, AZ 85038-9445
2695790   Fingerhut,   P.O. Box 90091,   West Chester, OH 45071-9091
2695791   Goody's WFFNB,   P.O. Box 2987,   Shawnee Mission, KS 66201-1387
2695792   Household Credit Services,   P.O. Box 5222,   Carol Stream, IL 60197-5222
2695793   WFNNB,   P.O. Box 18215,   Columbus, OH 43218-2125

The following entities were served by electronic transmission on Jun 22, 2005 and receipt of the transmission
was confirmed on:
2695789    EDI: MAYSTORES.COM Jun 22 2005 16:20:00      Famous Barr,   P.O. Box 94517,
           Cleveland, OH 44101-4517
2695792    EDI: HFC.COM Jun 22 2005 16:20:00      Household Credit Services,   P.O. Box 5222,
           Carol Stream, IL 60197-5222
                                                                                               TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 24, 2005**                          Signature:      *Joseph Speetjens*