UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:

    BONNIE KAYE KOPROWSKI        05-10340(7)
    Debtor

ORDER VOIDING LIEN

No objections having been filed, or an objection having been filed and after a hearing;

IT IS HEREBY ORDERED that the Motion to Avoid the Judgment Lien of Timothy J. Crocker filed June 3, 2003 and of record in Lis Pendens Book 26 Page 570 should be, and is SUSTAINED.

The Judgment Lien should be, and is, VOIDED and creditor Timothy J. Crocker shall take any actions required to notify the Logan County Clerk of the voiding of the Judgment Lien and to cause a copy of this order to be made of record in the office of the Clerk of Logan County within 20 days of entry of this order.