UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BONNIE KAYE KOPROWSKI | ) | 05-10340 (7) |
| Debtor | ) | |
| _____ | ) | |
| | ) | |
| BONNIE KAYE KOPROWSKI | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | A.P. No. 07-_____ |
| | ) | |
| WILLIAM KOPROWSKI | ) | |
| Defendant | ) | |
| _____ | ) | |

COMPLAINT

**I. Preliminary Statement**

1.      This action is brought by Plaintiff Bonnie Kaye Koprowski, debtor whose
pre-petition debts were discharged under pre-BAPCPA law on or about June 22, 2005 by
order of this Court. The action seeks a judgment against William Koprowski for damages
suffered by Bonnie Kaye Koprowski by the Defendant's willful violations of the
discharge injunction provided by 11 U.S.C. 524(c).

**II. Jurisdiction**

2.      Jurisdiction for this action is conferred by 28 U.S.C. 1334. This
proceeding is a core proceeding.

**III. Parties**

3.      Bonnie Kaye Koprowski is a debtor who was formerly married to William
Koprowski and was granted a discharge June 22, 2005.

4.      William Koprowski is the former spouse of Bonnie Koprowski and appears to eligible for the relief afforded by Chapter 7 or Chapter 13 of the United States Bankruptcy Code.

**IV. Facts**

5.      Prior to 1997, Attorney Timothy J. Crocker represented Bonnie Koprowski in a divorce action against William Koprowski.

6.      Timothy J. Crocker was not paid for his services rendered to Bonnie Koprowski. Timothy J. Crocker filed a civil action against Bonnie Koprowski in Simpson Circuit Court and obtained a judgment on January 7, 1997. Timothy J. Crocker filed a judgment lien against any interest Bonnie Koprowski had in real estate in Logan County.

7.      On March 1, 2005 Bonnie Koprowski filed a Chapter 7 bankruptcy petition in the Western District of Kentucky which was assigned docket number 05-10340.

8.      Bonnie Koprowski filed a motion to avoid the judicial lien held by Timothy J. Crocker and on July 6, 2005, this Court entered an order voiding the judicial lien.

9       Bonnie Koprowski was granted her Chapter 7 Discharge on June 22, 2005.

10.      Sometime in 2004 Timothy J. Crocker filed an action against Will Koprowski in Simpson Circuit Court which resulted in Will Koprowski entering into an Agreed Judgment with Timothy J. Crocker. Will Koprowski admitted he owed the debt discharged by Bonnie Koprowski in the amount of $5,625.34 bearing interest at 18%.

11.      On the 19th day of September 2007, Will Koprowski filed a motion seeking the Simpson Circuit Court to hold Bonnie Koprowski for her failure to pay Timothy J. Crocker.

7.      Bonnie Koprowski has suffered actual damages in being required to retain counsel in the divorce case and retain counsel to pursue this Adversary Proceeding to protect the integrity of the Bankruptcy Court's Order of Discharge.

## V. Statement of Claim

8.      By seeking to hold Bonnie Koprowski in contempt for failure to pay a pre-petition discharged debt, Defendant William Koprowski has violated the provisions of 11 U.S.C. 524(a).

9.      Bonnie Koprowski has suffered attorney fees and costs caused by the actions of William Koprowski.

## VI. Prayer for Relief

Wherefore the Plaintiff prays this Court enter an Order:

a. Declaring the practice of  seeking Contempt Motions is State Court on discharged debt violates the provisions of 11 U.S.C. 524(c);

b. Declare that the Defendant is  in contempt of this Court for the violations of 11 U.S.C. 524(c);

c.  Award Plaintiff damages, costs and attorney's fees;

d. Order such other relief as is just and proper.

        Respectfully submitted this 1st day of October 2007.

**/s/ Alicia C. Johnson**
Alicia C. Johnson
P.O. Box 1654
Russellville, KY 42276
1-270-726-8668
1-270-726-8660 fax